IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 22-10032 |
| ) | |
| RAVI KUMAR CHERMALA, ) | VIO: Title 21, United States Code, |
| ) | Sections 331(a) and 333(a)(1) |
| Defendant. ) | |

INFORMATION

THE UNITED STATES OF AMERICA CHARGES:

COUNT 1
(Introducing Adulterated Food into Interstate Commerce)

On or about February 1, 2018, in this district and elsewhere, the defendant,

**RAVI KUMAR CHERMALA,**

did cause the introduction of adulterated food, namely cold cereal branded as Kellogg's Honey Smacks, into interstate commerce, namely, the food was adulterated under the Food, Drug, and Cosmetic Act because it was prepared under insanitary conditions whereby it may have been rendered injurious to human health,

In violation of Title 21, United States Code, Sections 331(a) and 333(a)(1).

## COUNT 2
### (Introducing Adulterated Food into Interstate Commerce)

On or about April 19, 2018, in this district and elsewhere, the defendant,

### RAVI KUMAR CHERMALA,

did cause the introduction of adulterated food, namely cold cereal branded as Kellogg's Honey Smacks, into interstate commerce, namely, the food was adulterated under the Food, Drug, and Cosmetic Act because it was prepared under insanitary conditions whereby it may have been rendered injurious to human health,

In violation of Title 21, United States Code, Sections 331(a) and 333(a)(1).

## COUNT 3
### (Introducing Adulterated Food into Interstate Commerce)

On or about May 31, 2018, in this district and elsewhere, the defendant,

**RAVI KUMAR CHERMALA,**

did cause the introduction of adulterated food, namely cold cereal branded as Kellogg's Honey Smacks, into interstate commerce, namely, the food was adulterated under the Food, Drug, and Cosmetic Act because it was prepared under insanitary conditions whereby it may have been rendered injurious to human health,

In violation of Title 21, United States Code, Sections 331(a) and 333(a)(1).

Respectfully Submitted,

GUSTAV W. EYLER
DIRECTOR
U.S. DEPARTMENT OF JUSTICE
CONSUMER PROTECTION BRANCH

By: s/Cody Herche
_____
Cody Matthew Herche
Trial Attorney
James T. Nelson
Senior Trial Attorney
United States Department of Justice
Consumer Protection Branch
450 5th Street NW, Suite 6400
Washington, D.C. 20001